Dismissed and Memorandum Opinion filed January 17, 2008








Dismissed
and Memorandum Opinion filed January 17, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-01099-CR

____________

 

CLIFFORD JABULANI ZIMU, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
351st District Court

Harris County, Texas

Trial Court Cause No. 1128176

 



 

M E M O R A N D U M   O P I N I O N

Appellant
entered a guilty plea to possession of less than one gram of cocaine.  In
accordance with the terms of a plea bargain agreement with the State, the trial
court sentenced appellant on October 12, 2007, to confinement for one year in
the Harris County Jail.  Appellant filed a pro se notice of appeal.  We dismiss
the appeal.  








The
trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2). 
The trial court=s certification is included in the record on appeal.  See
Tex. R. App. P. 25.2(d).  The
record supports the trial court=s certification.  See Dears v. State, 154 S.W.3d 610,
615 (Tex. Crim. App. 2005).

In
addition, on January 11, 2008, appellant filed a written request to withdraw
the notice of appeal, which he personally signed.  See Tex. R. App. P. 42.2.  Because this
Court has not delivered an opinion, we grant appellant=s request.

Accordingly,
we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed January
17, 2008.

Panel consists of Chief Justice Hedges and Justices Anderson
and Boyce. 

Do Not Publish C Tex. R. App. P.
47.2(b)